MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

1. DR. RABBI ALAM, 2. SHERE ALAM, 3. RIZVI ALAM, 4. BANGABANDHU PARISHAD USA, 5. BANGABANDHU COMMISSION USA.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

1. AL JAZEERA ENGLISH, AND
2. KANAK SARWAR, AND
3. ELIAS HOSSAIN, AND
4. DELWAR HOSSAIN, AND
5. JULKERNER SAYER, AND
6. DAVID BERGMAN, AND
7. AL JAZEERA MEDIA NETWORKS.

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.

_____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | DR. RABBI ALAM |
| Street Address | 1221 BOWERS STREET #1163 |
| City and County | BIRMINGHAM, OAKLAND COUNTY |
| State and Zip Code | MICHIGAN, MI 48009, USA |
| Telephone Number | 816-372-1873 |
| E-mail Address | PRESIDENT@BBPUSA.ORG |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | AL JAZEERA ENGLISH |
| Job or Title (if known) | MEDIA AND NEWS OUTLET. |
| Street Address | 529 14TH STREET, N.W. SUITE - 927 |
| City and County | WASHINGTON D.C. |
| State and Zip Code | DISTRICT OF COLUMBIA, DC 20045-133, USA |
| Telephone Number | |
| E-mail Address (if known) | INSTITUTE@ALJAZEERA.NET |

Defendant No. 2

| | |
|---|---|
| Name | KANAK SARWAR |
| Job or Title (if known) | JOURNALIST |
| Street Address | 1 BLACKSMITH LANE |
| City and County | EAST NORTHPORT, SUFFOLK COUNTY |
| State and Zip Code | NEW YORK, NY 11731 |
| Telephone Number | |
| E-mail Address (if known) | KANAKSARWARLIVE@GMAIL.COM |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | ELIAS HOSSAIN |
| Job or Title (if known) | JOURNALIST |
| Street Address | 4320 57TH STREET |
| City and County | WOODSIDE, QUEENS COUNTY |
| State and Zip Code | NEW YORK, NY - 11377 |
| Telephone Number | 202-619-3062 |
| E-mail Address (if known) | ELIASHOSSAINJURNALIS@GMAIL.C |

Defendant No. 4

| | |
|---|---|
| Name | DELWAR HOSSAIN |
| Job or Title (if known) | JOURNALIST, FUJITIVE, BD ARMY MAJOR |
| Street Address | 4320 57TH STREET |
| City and County | WOODSIDE, QUEENS COUNTY |
| State and Zip Code | NEW YORK, NY - 11377 |
| Telephone Number | |
| E-mail Address (if known) | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. DEFAMATION PER SE, 2. LIBEL PER SE, 3. SLANDER PER SE, 4. DEFAMATION OF CHARACHTER, 5. MALICE PER SE, 6. INJUNCTION, AND, 6. PUNATIVE DAMAGE CLAIMS.

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

      a.     If the plaintiff is an individual
      The plaintiff, *(name)* DR. RABBI ALAM _____,
      is a citizen of the State of *(name)* MICHIGAN _____.

      b.     If the plaintiff is a corporation
      The plaintiff, *(name)* _____,
      is incorporated under the laws of the State of *(name)*
      _____, and has its principal place of business in the
      State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

      a.     If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the
      State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

      b.     If the defendant is a corporation
      The defendant, *(name)* AL JAZEERA _____, is incorporated
      under the laws of the State of *(name)* DC _____, and
      has its principal place of business in the State of *(name)*
      DISTRICT OF COLUMBI . *Or* is incorporated under the laws of
      *(foreign nation)* _____, and has its principal place
      of business in *(name)* DISTRICT OF COLUMBI .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

FIVE HUNDRED MILLION US DOLLARS
$500,000,000

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

DEFENDANTS IN A SYNDICATED, ORGANIZED AND CRIMINAL IN NATUTRE, PUBLISHED, SHARED, CIRCULATED, AIRED, BROADCASTED, LIVES TREAMED AND TELEVISED DEFAMATORY, SLANDAROUS AND LIBEL STATEMENTS, VIDEOGRAPHY, AUDIOS, ARTICLES AND FALSE CLAIMS AGANIST THE PLAINTIFF'S ORGANIZATIONS, PLAINTIFF'S STAKE HOLDERS, PLAINTIFF'S OFFICERS, PLAINTIFF'S ADVISERS AND PLAINTIFF, ON VIRTUAL MEDIAS, MEDIA OUTLETS, SOCIAL MEDIAS, PRINT MEDIAS, ELECTRONICS MEDIAS, TELEVISIONS, AND WORLDWIDE WEB VIA INTERNET. DEFENDANTS #1 AND #7 ARE INVOLVED IN PRODUCING NEWS MEDIA AND ENTERTAINMENT. DEFENDANT AL JAZEERA ENGLISH, AND DEFENDANT AL JAZEERA MEDIA NETWORKS ARE MEDIA PRODUCING CORPORATIONS. DEFENDANTS #2, #3, #4, #5 AND #6 ARE INDIVIDUALS AND THEY HAVE PUBLISHED AND CIRCULATED VIDEOS THAT WERE CREATED AND PUBLISHED BY DEFENDANT#1 AND DEFENDANT #7.

ON FEBRUARY 1, 2021, DEFENDANT AL JAZEERA ENGLISH AND DEFENDANT AL JAZEERA NEWS MEDIA NETWORKS PUBLISHED A DEFAMATORY VIDEO, FALSE STATEMENTS AND MALICIOUS MATERIALS TELEVISED GLOBALLY USING ONLINE, INTERNET, YOUTUBE, AL JAZEERA CHANEL, SOCIAL MEDIA, FACEBOOK, INSTAGRAM, TWITTER, LINKEDIN ETC.

ALL THE OTHER DEFENDANTS THOSE ARE INDIVIDUALS ON FEBRUARY 1ST 2021 OR BEFORE AND AFTERWORD ARE ACTIVELY ENGAGED TO DEFAME AND SPREADING HATE, CRIMES, RADICALISM, RACISM, ANTI-SEMITISM AND ALL ARE FUNDED BY BROTHERHOOD ORGANIZATION I.E. DEFENDANTS AL JAZEERA

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. PLAINTIFFS SEEK AN INJUCTIVE RELIEF TO STOP AND REMOVE THE VIDEO AND MOVIE "ALL THE PRIME MINISTER'S MEN" EFFECTIVE IMMEDIATELY.

2. PLAINTIFFS SEEK THAT DEFFENDENTS MUST STOP AND REMOVE ALL FALSE, MALICIOUS AND DEFAMATORY STATEMENTS, VIDEOS, AUDIOS, PUBLICATIONS AND MATERIALS BY ALL DEFFENDANTS EFFECTIVE IMMEDIATELY.

3. PLAINTIFFS SEEK DAMAGES OF FIVE HUNDRED MILLIONS DOLLARS ($500000000) PUNITIVE IN NATURE TO DETEER THE DEFFENDANTS FROM ANY AND ALL FUTURE CONDUCTS.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: FEBRUARY 22, 20 21 .

Signature of Plaintiff _____ Dr. Rabbi Alam

Printed Name of Plaintiff _____ DR. RABBI ALAM

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

Defendant Al Jazeera English and Defendant Al Jazeera Media Networks, on February 2, 2021, published a malicious, false and defamatory video, titled "Prime Minister's Men" on their networks and televised in social media globally, specially in the United States of America. The video has derogatory statements to defame the Plaintiffs' organizations and material values of the organizations as well as the stakeholders, the Bangladeshi Prime Minister Sheikh Hasina. Here, in the U.S.A. the Plaintiffs dignity, as it is embedded with the stakeholders dignity. In the video Defendant #1 and Defendant #7 falsely, maliciously, damaged the Plaintiffs' reputations by damaging the reputations of it's substantive values. On, December 6, 2020, Defendant Kanak Sarwar Published fake, false, defamatory propaganda and published many such articles, youtube videos as well as he published the video of Defendant #1 & Defendant #7's video at issue here. There are several examples of defendant Kanak Sarwar's defamatory statements against Plaintiffs' organizations and it's material values. On July 12, 2020 Defendant Kanak Sarwar published and televised statements and video and audio graphs that damaged the plaintiffs reputation as an organization and the reputations of Plaintiffs values. On October 11, 2020, Defendant Kanak Sarwar, syndicated with Defendant Delwar Hossain and Defendant Elias Hossain published defamatory materials. On February 12th, 2021, Defendant Elias Hossain published and televised false and defamatory videos and slanderous articles, materials on social media. On February 2nd, Defendant Elias Hossain published a defamation of Character of Plaintiffs' stakeholders. On, February 3rd, 2021, Defendant Elias Hossain, published materials that are defamatory in nature and damaged Plaintiff's reputation. On February 7th 2021, Defendant Elias Hossain also published and televised false videos, audios, articles and publication to destroy the Plaintiff's organizational reputation. On February 6th, 2021, Defendant Elias Hossain syndicated with radical brotherhood funded outlets and their members of brotherhood, and conducted online video against the Plaintiffs and their reputations. // On, December 13, 2020, Defendant Delwar Hossain published malicious and defamatory statements, videos, and materials on Youtube and social media that are false and inciting and to damage, destroy and ruin the Plaintiffs stakeholders and plaintiffs organizations. On February 1st, 2021 and onword, Defendant Delwar Hossain shared the videos that were published by defendants Al Jazeera English and Defendant Al Jazeera Media Network. On Feb 5, 2021, Defendant Delwar Hossain published false accusation and propaganda pertaining to plaintiffs' stakeholders and it's mischaracterizing about plaintiff's dignity through Prime Minister's dignity. Defendant Delwar Hossain is a Fugitive and kicked out of Bangladesh Army and has faced court martial due to his misconduct and malicious actions towards the country's development and towards defamatory conducts. // Video published on February 1, 2021, and Defendant Julkerner Sayer, actively played a role and took part in producing the video graphs. Defendant Julkerner Sayer, is an accomplice of Defendant Al Jazeera English and Defendant Al Jazeera Media Networks. Defendant Julkerner Sayer is the narrator in the movie "Prime Minister's Men" and he committed reckless conducts where he damaged the Plaintiffs and their organizations. Defendant Julkerner Sayer action in the movie is totally defamatory and against the reputation of the Plaintiffs. On February 1, 2021, Defendant David Bergman, along all defendants syndicated, created and published defamatory movies to destroy reputations of Plaintiffs, their founding Father of the Nation Sheikh Mujibur Rahman and the Prime Minister Sheikh Hasina as well as.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**DETROIT, MICHIGAN**                                    **FEBRUARY 15, 2021** 1

ALAM v. ALJAZEERA, et. al.

_____

1. DR. RABBI ALAM, and
2. SHERE ALAM, and
3. RIZVI ALAM, and
4. THE BANGABANDHU PARISHAD USA, and
5. THE BANGABANDHU COMMISSION USA.

PLAINTIFF(s),

vs                                            CASE NO. _____

HONORABLE JUDITH E. LEVY

1. AL JAZEERA ENGLISH, and
2. KANAK SARWAR, and
3. ELIAS HOSSAIN, and
4. DELWAR HOSSAIN, and
5. DAVID BERGMAN, and
6. JULKERNER SAYER, and
7. AL JAZEERA MEDIA NETWORKS,. Et. al.

DEFENDANT(s).

_____ /

DIVERSITY QUESTIONS: PARTIES CITIZENSHIP INFORMATION CONTINUED….
ADDITIONAL PLAINTIFF(s) (CONTINUED)... COMPLAINT FORM

2. The Plaintiff(s)

Name ___SHERE ALAM _____

Street Address ___8853 EASTERN AVE _____

City and County ____KANSAS CITY, _ _____JACKSON COUNTY_____

State and Zip Code _____MISSOURI____, MO 64138, USA _ _____

Telephone Number _____816-256-0775_____ _____

E-mail Address _____INFO@BANGABANDHUCOMMISSION.ORG_____

3. The Plaintiff(s)

Name ___ _RIZVI ALAM _____ _____

Street Address ____8853 EASTERN AVE _____

City and County ____KANSAS CITY, _____JACKSON_COUNTY_____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                                    **FEBRUARY 15, 2021** 2

ALAM v. ALJAZEERA, et. al.

State and Zip Code __ ____MISSOURI, MO 64138_____, USA _____

Telephone Number _____ 202-618-0048_____

E-mail Address _____INFO@BANGABANDHUCOMMISSION.ORG_____

4. The Plaintiff(s)

Name ___BANGABANDHU PARISHAD USA __ _____

Street Address ___1221 BOWERS STREET #1163 _____

City and County ____BIRMINGHAM, _____OAKLAND_COUNTY

State and Zip Code _____MICHIGAN____ MI- 48009_, USA_____

Telephone Number _____ 844-556-8333_____ _____

E-mail Address _____ INFO@BBPUSA.ORG _____

5. The Plaintiff(s)

Name ___BANGABANDHU COMMISSION USA _____

Street Address ___1221 BOWERS STREET #1163_____

City and County ____BIRMINGHAM, _____OAKLAND_____

State and Zip Code _____ MICHIGAN_____, USA _____

Telephone Number _____ 202-618-0048_____ _____

E-mail Address _____INFO@BANGABANDHUCOMMISSION.ORG_____


ADDITIONAL DEFENDANT(s) (CONTINUED)... COMPLAINT FORM


5. The Defendant(s)

a. If the defendant is an individual

The defendant, (name) __JULKERNER SAYER__, is a citizen of the
State of (name) __. Or is a citizen of (foreign
nation) __BANGLADESH__.

b. If the defendant is a corporation

The defendant, (name) _____X_____, is incorporated
under the laws of the State of (name) _____X_____, and
has its principal place of business in the State of (name)
_____X_____. Or is incorporated under the laws of
(foreign nation) _____X_____, and has its principal place
of business in (name) _____X_____.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                                    **FEBRUARY 15, 2021** 3

ALAM v. ALJAZEERA, et. al.

_____

6. The Defendant(s)

a. If the defendant is an individual

The defendant, (name) __DAVID BERGMAN___, is a citizen of the

State of (name) _____. Or is a citizen of (foreign

nation) __UNITED KINGDOM_____.

b. If the defendant is a corporation

The defendant, (name) _____X_____, is incorporated

under the laws of the State of (name) _____X_____, and

has its principal place of business in the State of (name)

_____X_____. Or is incorporated under the laws of

(foreign nation) _____X_____, and has its principal place

of business in (name) _____X_____.

7. The Defendant(s)

a. If the defendant is an individual

The defendant, (name) _____X_____, is a citizen of the

State of (name) _____X_____. Or is a citizen of (foreign

nation) _____X_____.

b. If the defendant is a corporation

The defendant, (name) __ALJAZEERA MEDIA NETWORKS__, is incorporated

under the laws of the State of (name) _____X_____, and

has its principal place of business in the State of (name)

_____X_____. Or is incorporated under the laws of

(foreign nation) _____QUTAR_____, and has its principal place

of business in (name) _____USA_____.

_____ /

**PLAINTIFF'S RESPONSE TO OBJECT TO DEFENDANT'S MOTION TO DISMISS**
**AND STATEMENT OF MEMORANDUM, ASSERTION OF CAUSE OF ACTIONS AND**
**PLAINTIFF'S COUNTER FACTS**

**FACTS**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**DETROIT, MICHIGAN**                                   **FEBRUARY 15, 2021** 4

ALAM v. ALJAZEERA, et. al.

_____

NOW COMES the Plaintiff(s), DR. RABBI ALAM, SHERE ALAM, RIZVI ALAM,

BANGABANDHU PARISHAD USA, and BANGABANDHU COMMISSION USA are

proceeded as a PRO SE and following is the background of claims and allegations

against the Defendants.

Plaintiffs, Dr. Rabbi Alam is the President of the Organization to represent the

Founding Father of the Nation Bangladesh, the Bangabandhu Parishad USA.

BANGABANDHU PARISHAD USA is an organization and incorporated in Michigan

USA. It represents and showcases the values, dignity, honour, respect and takes

ownership of the Prime Minister of Bangladesh, Hon. Sheikh Hasina. Bangabandhu

Parishad USA also known as the Bangabandhu Society of USA and here it will be

referred as "The BBPUSA '' as it's DBA name "Doing Business As'' the BBPUSA. The

BBPUSA also preserves and showcases the Life, Legacy and Leadership of the

Bangabandhu Sheikh Mujibur Rahman in the west especially in the United States and in

Canada. Dr. Rabbi Alam is the official representative of the BBPUSA, where, Alam is

delegated to perform and to preserve the values of both the Bangabandhu, the founding

father and his daughter, the Prime Minister's dignity". In the merits of the standing,

Plaintiff Shere Alam is the Chairman of Bangabndhu Commission, an Organization that

is incorporated in the state of Michigan and represents the values and dignity of the

Father of the Nation of Bangladesh Bangabandhu Sheikh Mujibur Rahman. Shere Alam

also serves as Vice President of Bangabandhu Parishad USA. The Bangabandhu

Commission USA represents the social and justice values of the Prime Minister of

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**DETROIT, MICHIGAN**                                          **FEBRUARY 15, 2021** 5

ALAM v. ALJAZEERA, et. al.

---

Bangladesh, Hon. Prime MInister Sheikh Hasina. Plaintiff Rizvi Alam is the International

and Foreign Affairs Secretary of the Bangabandhu Commission USA. Rizvi Alam also

serves as the General Secretary of Bangladesh Awami League Spanish Branch, where

he preserves the material and substantive values. "The Alams are the siblings and are

the official representatives of the Bangabandhu Parishad and Bangabandhu

Commission and duly represent the founding father of Bangladesh, Sheikh Mujib, as

well as the Prime Minister of Bangladesh, Hon. Sheikh Hasina, the eldest daughter of

Mujib. Now, here, the Alams and the Organizations bring claims of "Defamation Per Se,

Slander Per Se, Libel Per Se, Defamation of Character, and Malice Per Se. against the

Defendants. The Plaintiffs seek for an Injunctive Relief. Plaintiffs also seek Punitive

Damages of Five Hundred Millions of U.S. Dollars. Injunctive relief is to sought to stop

and block the videographs, movies, statements, and video & audio clips. Here, the

following defendants are listed as follows: 1. AL Jazeera English, 2. Kanak Sarwar, 3.

Elias Hossain, 4. Delwar Hossain, 5. Julkerner Sayer, and 6. David Bergman and 7. AL

Jazeera Media Network,et. al.,


Defendant Al Jazeera English and Defendant Al Jazeera Media Networks, on

February 2, 2021,  published a malicious, false and defamatory video, titled "Prime

Minister's Men" on their networks and televised in social media globally, specially in the

United States of America. The video has derogatory statements to defame the Plaintiffs'

organizations and material values of the organizations as well as the stakeholders, the

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**DETROIT, MICHIGAN**                                    **FEBRUARY 15, 2021** 6

ALAM v. ALJAZEERA, et. al.

_____

Bangladeshi Prime Minister Sheikh Hasina. Here, in the U.S.A. the Plaintiffs dignity, as it is embedded with the stakeholders dignity. In the video Defendant #1 and Defendant #7 falsely, maliciously, damaged the Plaintiffs' reputations by damaging the reputations of it's substantive values. On, December 6, 2020, Defendant Kanak Sarwar Published fake, false, defamatory propaganda and published many such articles, youtube videos as well as he published the video of Defendant #1 & Defendant #7's video at issue here. There are several examples of defendant Kanak Sarwar's defamatory statements against Plaintiffs' organizations and it's material values. On July 12, 2020 Defendant Kanak Sarwar published and televised statements and video and audio graphs that damaged the plaintiffs reputation as an organization and the reputations of Plaintiffs values. On October 11, 2020, Defendant Kanak Sarwar, syndicated with Defendant Delwar Hossain and Defendant Elias Hossain published defamatory materials. On February 12th, 2021, Defendant Elias Hossain published and televised false and defamatory videos and slanderous articles, materials on social media. On February 2nd, Defendant Elias Hossain published a defamation of Character of Plaintiffs' stakeholders. On, February 3rd, 2021, Defendant Elias Hossain, published materials that are defamatory in nature and damaged Plaintiff's reputation. On February 7th 2021, Defendant Elias Hossain also published and televised false videos, audios, articles and publication to destroy the Plaintiff's organizational reputation. On February 6th, 2021, Defendant Elias Hossain syndicated with radical brotherhood funded outlets and their

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                                   **FEBRUARY 15, 2021** 7

ALAM v. ALJAZEERA, et. al.

_____

members of brotherhood, and conducted online video against the Plaintiffs and their

reputations.


On, December 13, 2020, Defendant Delwar Hossain published malicious and

defamatory statements, videos, and materials on Youtube and social media that are

false and inciting and to damage, destroy and ruin the Plaintiffs stakeholders and

plaintiffs organizations. On February 1st, 2021 and onword, Defendant Delwar Hossain

shared the videos that were published by defendants Al Jazeera English and Defendant

Al Jazeera Media Network. On Feb 5, 2021, Defendant Delwar Hossain published false

accusation and propaganda pertaining to plaintiffs' stakeholders and it's

mischaracterizing about plaintiff's dignity through Prime Minister's dignity. Defendant

Delwar Hossain is a Fugitive and kicked out of Bangladesh Army and has faced court

martial due to his misconduct and malicious actions towards the country's development

and towards defamatory conducts.


Video published on February 1, 2021, and Defendant Julkerner Sayer, actively

played a role and took part in producing the video graphs. Defendant Julkerner Sayer, is

an accomplice of Defendant Al Jazeera English and Defendant Al Jazeera Media

Networks. Defendant Julkerner Sayer is the narrator in the movie "Prime Minister's

Men" and he committed reckless conducts where he damaged the Plaintiffs and their

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                    **FEBRUARY 15, 2021** 8

ALAM v. ALJAZEERA, et. al.

_____

organizations. Defendant Julkerner Sayer action in the movie is totally defamatory and against the reputation of the Plaintiffs.

On February 1, 2021, Defendant David Bergman, along with all other defendants syndicated and created and published defamatory movies to destroy the reputations of the Plaintiffs and their founding Father of the Nation Sheikh Mujibur Rahman and the Prime Minister Sheikh Hasina.

The Plaintiffs assert the right to Jury Trial and seek injunctive relief immediately to preserve the reputations of Plaintiffs and it's stakeowners. The Plaintiff' demands the court for proper adequate ruling and relief of judgement on Punitive Damages on Fraud and Misrepresentation. Attached Exhibits are the publications and materials that are published and televised in the UNited States of America. Here now: "The Plaintiff raised an Issue to the court for an appropriate claim of misrepresentation and fraud by the Defendant's which is a direct approximation of the Federal Malice. The Plaintiffs submit assert to this honorable court this Complaints and Claims for a Punitive Dame in nature as well.

**ARGUMENT**

The Plaintiffs argue the damage and defamatory loss by the fraudulent conducts of the Defendants and the damages due to their slanderous, Libel and defamation of Character, are at higher stake. Therefore the Plaintiff demands the Court that shall find the Defendant in violation of formation of a Valid claim of Defamation Per Se, Libel Per

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                                    **FEBRUARY 15, 2021** 9

ALAM v. ALJAZEERA, et. al.

_____

Se, Slander Per Se. The Plaintiff has no legal obligation to prove false allegations, and

the falsity of the defamatory statements rather, the defendants must prove that their

defamatory statements are true and genuine and factual. Plaintiff relies on the

Honorable Court for Defendant's Material Misrepresentation and Forgery of Plaintiff's

Signatures, documents and fraudulent actions. The Plaintiffs also argue that the

Defendants shall be responsible for plaintiffs dagames of reputations and dignity and

social values and contextual standing.

### RELIEF REQUESTED

Plaintiffs argue that with the prepropendace of evidence there is at least one

genuine issue of material fact beyond a reasonable doubt, a Jury should find for the

Plaintiffs. The Plaintiffs request this Honorable court to allow the right to Jury Trial.

Therefore, the Plaintiff moves this Honorable Court to allow and grant an Injunction to

stop the defamatory Movie "Prime Minister's Men'' immediately in adequacy of law and

for the purpose of the judicial notes we demand this court for a Punitive Damage of Five

Hundred Million Dollars to deter for furtherance in near future. The Plaintiffs reserved

the rights for future costs, court costs and should there be Attorney's costs and fees

incurred in this litigation.

### CONCLUSION

Plaintiffs beg and respectfully request the Honorable court to focus on the fraud and

forgery issue of the Defendant(s). Plaintiff seeks justice in the merit of the evidence and

witness as well as justice as a matter of the law. Plaintiff argues that with the

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                              **FEBRUARY 15, 2021** 10

ALAM v. ALJAZEERA, et. al.

---

prepropendace of evidence there is at least one genuine issue of material fact beyond a

reasonable doubt a Jury should find for the PlaintiffS. Plaintiffs request this Honorable

court to address punitive damage based on the concept of deterrence.

                                        Thank you.

Respectfully Submitted

*Dr. Rabbi Alam*                        *Shere Alam Rasu*
Dr. RABBI ALAM                          Agriculturist SHERE ALAM

            *MD Rajvi Alam*
                    Rajvi Alam, MA, MBA

                                Plaintiffs, 1221, BOWERS ST #1163.
                                Birmingham, Michigan 48009
                                Primary Phone: (816) 372-1873
                                TEL: (844) 556-8333


    Dated: February 22, 2021

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                    **FEBRUARY 15, 2021** 11

ALAM v. ALJAZEERA, et. al.

---

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**


**CERTIFICATE OF SERVICE**

      I am MD Rabbi Alam, I am certifying and testifying that on the 4th day of April, 2020, I personally filed the following document(s) electronically with the Clerk of the Court using the PACER MI-ECF System which will send notification of such filling to all ECF participants in this case:

Documents Served:
- Plaintiff's Response to Defendant's Motion To Dismiss without Arguments
- Plaintiff's Brief & Counter Facts in Supports of Defendants' Motion
- Exhibits 1: Last One Page of Lease Agreement, Exhibit 2: One Page of Defendants Forgery of Plaintiff's Signature, Exhibit 3: Five pages of Motion to Summary Disposition filed by Defendant at the 48TH District Court where Defendant asserted the Forged Signature of Plaintiff, Exhibit 4: One Page City of Birmingham Rental Permit (01/10/2020-4/15/2020), Exhibit 5: One Page of City Ordinance legal requirement for Renting Property in Birmingham, Exhibit 6: Two pages of Plaintiff's various Signature Sample in the United States Army and in the Certificate of Citizenship, Exhibit 7: One Page of Text Message from Plaintiff's Realtor Confirming no Lead Based Disclosure was done, Exhibit 8: Defendant's Attorney's Email to Plaintiff to threaten to file at the Michigan BAR Character and Fitness


MD RABBI ALAM, SELF-REPRESENTED
Plaintiffs, 1544 Sheffield RD, Birmingham, Michigan 48009
Telephone: (816) 372-1873. Email: info@mscorps.com

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
1. DR. RABBI ALAM, 2. SHERE ALAM, 3. RIZVI ALAM, 4. BANGABANDHU PARISHAD USA, AND 5. BANGABANDHU COMMISSION USA.

**DEFENDANTS**
1. AL JAZEERA ENGLISH, 2. KANAK SARWAR, 3. ELIAS HOSSAIN, 4. DELWAR HOSSAIN, 5. JULKERNER SAYER, 6. DAVID BERGMAN, 7. AL JAZEERA MEDIA NETWORKS

**(b)** County of Residence of First Listed Plaintiff    OAKLAND COUNTY, MI
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    DISTRICT OF COLUMBIA, US
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE

Attorneys *(If Known)*
UNKNOWN

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☑ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | Injury / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | ☐ 362 Personal Injury - Medical Malpractice | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☑ 1   Original Proceeding

☐ 2   Removed from State Court

☐ 3   Remanded from Appellate Court

☐ 4   Reinstated or Reopened

☐ 5   Transferred from Another District *(specify)*

☐ 6   Multidistrict Litigation - Transfer

☐ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
1. DEFAMATION PER SE, 2. SALANDER PER SE, 3. LIBEL PER SE, 4. DEFEMATION OF CHARACHTER, 5.MALICE 6. PUNITIVE
Brief description of cause:
DEF. PUBLISHED, TELEVISED: FALSE, MALICUOUS, DRAGATORY, EFFAMATOY VIDEOS, AUDIOS, PUBLICATIONS

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $ 500,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☑ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE   February 22, 2021

SIGNATURE OF ATTORNEY OF RECORD
*Dr. Rabbi Alam*

**FOR OFFICE USE ONLY**

RECEIPT #   _____   AMOUNT   _____   APPLYING IFP   _____   JUDGE   _____   MAG. JUDGE   _____

PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                        ■ No

   If yes, give the following information:

Court: _____NONE_____

Case No.: _____NONE_____

Judge: _____NONE_____


2.          Other than stated above, are there any pending or previously       ☐ Yes
            discontinued or dismissed companion cases in this or any other     ■ No
            court, including state court? (Companion cases are matters in which
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

   If yes, give the following information:

Court: _____NONE_____

Case No.: _____NONE_____

Judge: _____NONE_____


Notes :

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                    **FEBRUARY 15, 2021** 12

ALAM v. ALJAZEERA, et. al.

_____

EXHIBITS #01: Defendant Kanak Sarwar Published on December 6th, 2020.







👍 359                                    20 Shares

👍 Like          💬 Comment          ↪ Share

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                                          **FEBRUARY 15, 2021** 13

ALAM v. ALJAZEERA, et. al.

---

 **Kanak Sarwar**

July 12, 2020 · 🌐

EXHABITS #2: Defendant Kanak Sarwar Published on July 12, 2021.

• • •

তবে কি শেখ হাসিনা ও হাওয়া ভবনের !!!



👍❤️ 357              60 Comments   69 Shares   6.9K Views

👍 Like              💬 Comment              ➦ Share

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

**DETROIT, MICHIGAN**                    **FEBRUARY 15, 2021** 14

ALAM v. ALJAZEERA, et. al.

_____

EXHABITS #3: Defendant Elias Hossain Published on February 7, 2021

 **Elias Hossain 15 Minutes** was live.   •••

February 7 at 10:28 AM · 🌐

🔴জাতিসংঘের নির্দেশ পদত্যাগে ২৪ ঘন্টা সময় ! আল জাজিরার ২য় রিপোর্টের পূর্বেই বড় দুঃসংবাদ । **Bangla News**



👍 5.8K              181 Comments   1.7K Shares   ⌄

👍 Like              💬 Comment              ↪ Share

14

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                                    **FEBRUARY 15, 2021** 15

ALAM v. ALJAZEERA, et. al.

_____

EXHABITS #4: Defendant  Elias Hossain Published on February 2, 2021



**Elias Hossain 15 Minutes** was live.                        • • •

February 2 at 12:06 PM · 🌐

🔴আল-জাজিরার রিপোর্টে আন্তর্জাতিক চাপে সরকার ! কর্নেল শহীদ ফাঁ'স করলো গোপণ তথ্য ।



আল জাজিরার ফিল্মের প্রেক্ষিতে সবার নিকট আমার আহ্বান
কর্নেল মোঃ শহীদ উদ্দীন খান, পিএসসি (অবঃ)

👍❤️ 1.9K              109 Comments    603 Shares    🔻

👍 Like            💬 Comment            ↪ Share

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                    **FEBRUARY 15, 2021** 16

ALAM v. ALJAZEERA, et. al.

_____

EXHABITS #5: Defendant Elias Hossain Published on January 3, 2021

 **Elias Hossain 15 Minutes** was live.                    •••

January 3 · 🌐

খালেদা জিয়াকে সেনাবাহিনীর সুখবর, নতুন বছরে মহাবিপদে সরকারঃ
মেজর দেলোয়ার । **new page follow me**



 

  

👍❤️ **74.8K**        **4.5K Comments**    **36.6K Shares** 🎖️ ▾

👍 **Like**            💬 **Comment**        ↪ **Share**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                                        **FEBRUARY 15, 2021** 17

ALAM v. ALJAZEERA, et. al.

_____

EXHABITS #6: Defendant Delwar Hossain Syndicated and Published on Feb 5, 2021

 **Elias Hossain 15 Minutes** was live. ● ● ●

February 5 at 4:26 AM · 🌐

🔴ঘুম হারাম হাসিনার জাতিসংঘ থেকে ডাকা দিয়েছে আজিজকে এবার মাফিয়াদের রক্ষা নেই মেজর দেলোয়ার হোসেন।



 

  

👍❤️ **3.2K**          **259 Comments**   **913 Shares**   🔵 ▼

👍 **Like**          💬 **Comment**          ➤ **Share**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

DETROIT, MICHIGAN                          **FEBRUARY 15, 2021** 18

ALAM v. ALJAZEERA, et. al.





## Description                                                          ✕

### শীঘ্রই হাসিনার কাছ থেকে ক্ষমতা নিয়ে নিবে সেনাবাহিনী - মেজর দেলোয়ার হোসেন

Major Delwar Hossain -Retd · 19,500 views · Premiered Nov 14, 2020

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

DETROIT, MICHIGAN                    FEBRUARY 15, 2021 19

ALAM v. ALJAZEERA, et. al.

---

**Kanak Sarwar**
October 12, 2020 · YouTube · 🌐                    •••

https://youtu.be/kOq6E_gzT20



👍 209                                                    8 Shares

👍 Like            💬 Comment            ➡️ Share

---

**Kanak Sarwar**
October 11, 2020 · YouTube · 🌐                    •••





YOUTUBE.COM
সেনাপ্রধানের ফোনালাপ এবং বর্তমান পরিস্থিতি নিয়ে বিশ্লেষণ -ড. তাজ হাশমী এবং মেজর দেলোয়ার হোস

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**DETROIT, MICHIGAN**                          **FEBRUARY 15, 2021** 20

ALAM v. ALJAZEERA, et. al.



EXHIBITS #10: Defendant Al Jazeera Published featured Defendant David Bergman and Defebndant Julkerner Sayer on Feb 1, 2021

Case 2:21-cv-10389-LVP-APP   ECF No. 1, PageID.30   Filed 02/22/21   Page 30 of 42

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

**DETROIT, MICHIGAN**                **FEBRUARY 15, 2021** 21

ALAM v. ALJAZEERA, et. al.

_____



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                                **FEBRUARY 15, 2021** 22

ALAM v. ALJAZEERA, et. al.



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                    **FEBRUARY 15, 2021** 23

ALAM v. ALJAZEERA, et. al.

EXHABITS #12: Defendant Al Jazeera featured false and defamatory video titled
AL The "Prime Minister's Men" on February 01, 2021. with 7.1 Million Views.



 All the Prime Minister's Men  | Al Jazeera
Investigations

Al Jazeera English · 7.1M views · 2 weeks ago

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                         **FEBRUARY 15, 2021** 24

ALAM v. ALJAZEERA, et. al.

_____

EXHABITS #13: Defendant Al Jazeera Published false Malicious defamatory articles on February 14, 2021 with 376K views



 All The Prime Minister's Men - ওরা প্রধানমন্ত্রীর লোক | Dhaka Mafias (EXPOSED)...

TahseeNation · 376K views · 1 week ago

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                                **FEBRUARY 15, 2021** 25

ALAM v. ALJAZEERA, et. al.

_____

EXHABITS #14: Defendant Al Jazeera English Published All the Prime Minister's Men on February 7, 2021, with 29K Views yet, it was anti sematic and radical propaganda and defmation.





BANGLADESH: AL JAZEERA's REPORT ALL  ⋮
THE PRIME MINISTER'S MEN | THE ISRAE…

The Blank Page Official · 29K views · 2 weeks ago

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                         **FEBRUARY 15, 2021** 26

ALAM v. ALJAZEERA, et. al.

_____

EXHABITS #15: Defendant Al Jazeera Publsihed globally on 2-1-2021



 Al Jazeera  All the Prime Minister's Men  Al
Jazeera Investigations  Al Jazeera News U…

azombdtv · 69K views · 2 weeks ago

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

DETROIT, MICHIGAN                              **FEBRUARY 15, 2021** 27

ALAM v. ALJAZEERA, et. al.





Description                                                    ✕

## শীঘ্রই হাসিনার কাছ থেকে ক্ষমতা নিয়ে নিবে সেনাবাহিনী - মেজর দেলোয়ার হোসেন

Major Delwar Hossain -Retd · 19,500 views · Premiered Nov 14, 2020

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

DETROIT, MICHIGAN                                    **FEBRUARY 15, 2021** 28

ALAM v. ALJAZEERA, et. al.



শীঘ্রই হাসিনার কাছ থেকে ক্ষমতা নিয়ে নিবে সেনাবাহিনী - ⌄

মেজর দেলোয়ার হোসেন

19K views · 3 months ago

👍 1.1K          👎 31          Live chat          Share          Download          Sav

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

**DETROIT, MICHIGAN**        **FEBRUARY 15, 2021** 29

ALAM v. ALJAZEERA, et. al.

_____



Elias Hossain      মেজর দেলোয়ার হোসেন (অবঃ)



দেশের সার্বিক পরিস্থিতি নিয়ে দেখছেন সাংবাদিক ইলিয়াছ হোসাইন ও মেজর (অবঃ) (

গত ১৬ ডিসেম্বর ২০২০ লাইভে সেনা প্রধানের জীবন আশংকা ⌄
নিয়ে যা বলেছিলাম

13K views · 6 days ago

👍     👎     🗩     ↗     ↓     🖺
891      9     Live chat     Share     Download     Sav

 **Major Delwar Hossain -Retd**
27.2K subscribers      **SUBSCRIBE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

DETROIT, MICHIGAN                    **FEBRUARY 15, 2021** 30

ALAM v. ALJAZEERA, et. al.





Al Jazeera All the Prime Minister's Men Al
Jazeera Investigations | Al Jazeera-Bangla...

topbd news · 4.8K views · 2 weeks ago

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**DETROIT, MICHIGAN**                                    **FEBRUARY 15, 2021** 31

ALAM v. ALJAZEERA, et. al.

EXHABITS #20: DEfendants Al Jazeera Publsihed on February 17, 2021





Al Jazeera investigation Bangla Dubbing- All   ⋮
the Prime Minister's Men

Explore Now · 131K views · Streamed 2 weeks ago

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

DETROIT, MICHIGAN                                **FEBRUARY 15, 2021** 32

ALAM v. ALJAZEERA, et. al.

---



 Bangladesh AL Jazeera Report All The
PRIME MINISTER'S MEN !! THE ISRAEL FA...

Junaid Ali Official · 44K views · 2 weeks ago

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

DETROIT, MICHIGAN                                    **FEBRUARY 15, 2021** 33

ALAM v. ALJAZEERA, et. al.



 এইবার ধরা খাইছে | Al Jazeera All the Prime
Minister's Men Al Jazeera Investigations...

azombdtv · 2.7K views · 4 days ago